The Honorable Leo I. Brisbois
United District Court Magistrate Judge
412 Gerald W. Heaney Federal Building
515 West First Street
Duluth, MN, 55802-1397

February 6, 2026

RE: United States v. Elgin Selenia Quintero-Rodriguez
Crim.No. 25-468 (ECT/LIB)

Dear Magistrate Brisbois,

As the defendant is in the custody of ICE for purposes of deportation, she will file no motions in this matter and requests to be excused from the March 3, 2026 motion hearing.

Best regards,

s/Kevin M. O'Brien
Attorney for the Defendant